IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br> **v.**<br><br>**ADAM W. PURINTON,**<br><br>    **Defendant.** | Case No. 17-20028-CM/JPO |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 22, 2017, in the District of Kansas, the defendant,

### ADAM W. PURINTON,

willfully caused bodily injury to Srinivas Kuchibhotla because of his actual and perceived race, color, religion, and national origin. The offense included an attempt to kill Srinivas Kuchibhotla and resulted in the death of Srinivas Kuchibhotla.

This was all in violation of Title 18, United States Code, Section 249(a)(1).

### COUNT 2

On or about February 22, 2017, in the District of Kansas, the defendant,

### ADAM W. PURINTON,

willfully caused bodily injury to Alok Madasani, and attempted to cause bodily injury to Alok Madasani through the use of a firearm, because of his actual and perceived race, color, religion, and national origin. The offense included an attempt to kill Alok Madasani.

This was all in violation of Title 18, United States Code, Section 249(a)(1).

## COUNT 3

On or about February 22, 2017, in the District of Kansas, the defendant,

**ADAM W. PURINTON**,

knowingly used, carried, and discharged a firearm (a Taurus PT111 Millennium Pro nine-millimeter semi-automatic pistol with serial number TEW13121) by discharging that firearm at Srinivas Kuchibhotla, Alok Madasani, and Ian Grillot during and in relation to crimes of violence for which he may be prosecuted in a court of the United States, namely, the offenses that are charged in Counts One and Two of this Indictment and are hereby incorporated by reference. The defendant, during the course of that offense, caused the death of Srinivas Kuchibhotla through the use of that firearm in such a manner as to constitute murder, as defined in Title 18, United States Code, Section 1111, by unlawfully shooting and killing Srinivas Kuchibhotla with malice aforethought.

This was all in violation of Title 18, United States Code, Sections 924(c) and (j)(1).

**NOTICE OF SPECIAL FINDINGS PURSUANT TO TITLE 18, UNITED STATES CODE, SECTIONS 3591 AND 3592**

The Grand Jury further finds that defendant **ADAM W. PURINTON**:

(a) was 18 years of age or older at the time of the offense charged in Count Three;

(b) intentionally killed Srinivas Kuchibhotla (18 U.S.C. § 3591(a)(2)(A));

(c) intentionally inflected serious bodily injury that resulted in the death of Srinivas Kuchibhotla (18 U.S.C. § 3591(a)(2)(B));

(d) intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person,

2

                  other than one of the participants in the offense, and Srinivas Kuchibhotla died as a direct result of that act (18 U.S.C. § 3591(a)(2)(C));

(e)     intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and Srinivas Kuchibhotla died as a direct result of that act (18 U.S.C. § 3591(a)(2)(D));

(f)     in the commission of the offense charged in Count Three, and in escaping apprehension for the violation of that offense, knowingly created a grave risk of death to one or more persons in addition to the victims of the offense (18 U.S.C. § 3592(c)(5));

(g)     committed the offense charged in Count Three after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9)); and

(h)     attempted to kill more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

## FORFEITURE ALLEGATION

The allegations contained in Counts One, Two, and Three of the Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense charged in Count One, Count Two, or Count Three, the defendant,

**ADAM W. PURINTON**,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved the commission of the offense or offenses of conviction, including, but not limited to, a Taurus PT111 Millennium Pro nine-millimeter semi-automatic pistol with serial number TEW13121, and ammunition seized by officers and agents in Johnson County, Kansas, on February 23, 2017.

A TRUE BILL.

Dated: June 9, 2017

/s/ *Foreperson*
FOREPERSON

THOMAS E. BEALL
United States Attorney
District of Kansas

/s/ *Tristram W. Hunt*
By: Tristram W. Hunt
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
Tel. 913-551-6730
Fax 913-551-6541
Tris.Hunt@usdoj.gov
Ks. S. Ct. No. 18196

/s/ *David P. Zabel*
By: David P. Zabel
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
Tel. 913-551-6730
Tel. 913-551-6541
David.Zabel@usdoj.gov
Ks. S. Ct. No. 17887

4

T.E. WHEELER, II
Acting Assistant Attorney General
Civil Rights Division


/s/ *Christopher J. Perras*
By: Christopher J. Perras
Trial Attorney
601 D Street, NW
Washington, DC 20004
Tel. 202-353-1130
Fax 202-353-8154
Christopher.Perras@usdoj.gov
Mass. Bar No. 682002


(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

5

## PENALTIES

**Counts 1-2:**   18 U.S.C. § 249(a)(1)
Hate Crime Involving an Attempt to Kill and/or Resulting in Death

- NMT Life;
- NMT $250,000 Fine;
- NMT Life Supervised Release;
- $100 Special Assessment; and
- Forfeiture Allegation

**Count 3:**   18 U.S.C. §§ 924(c) and (j)(1)
Causing Death Through Use of Firearm in Such a Manner as to Constitute Murder

- Death, or by imprisonment for any term of years or for life;
- NMT $250,000 Fine;
- NMT Life Supervised Release;
- $100 Special Assessment; and
- Forfeiture Allegation