## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                                                                                                   Case No:            17-20028-01

**ADAM W. PURINTON,**

        **Defendant.**

<u>Attorneys for Government</u>: **David Zabel; Tris Hunt; Christopher Perras**
<u>Attorneys for Defendant</u>: **Tim Burdick; Kirk Redmond**

| JUDGE: | Hon. Carlos Murguia | DATE: | 8/7/2018 |
|---|---|---|---|
| CLERK: | Jeff Hokanson | TAPE/REPORTER: | Nancy Wiss |
| INTERPRETER: | | PRETRIAL/PROBATION: | Ruth Yorke |

Date of Conviction:   **5/21/2018**
Offenses:   Count 1:   **HATE CRIME INVOLVING AN ATTEMPT TO KILL AND/OR RESULTING IN DEATH**
                                 (a Class A Felony) 18 U.S.C. § 249(a)(1)
              Count 2:   **HATE CRIME INVOLVING AN ATTEMPT TO KILL AND/OR RESULTING IN DEATH**
                                 (a Class A Felony) 18 U.S.C. § 249(a)(1)
              Count 3:   **CAUSING DEATH THROUGH USE OF FIREARM IN SUCH A MANNER AS TO CONSTITUTE MURDER**
                                 (a Class A Felony) 18 U.S.C. § 924(c) and 18 U.S.C. § 924(j)(1)

☒  For Details of Sentence See Judgment and Commitment Order

☒  Restitution Ordered under 18:3663             $ 14,200.00        on count(s) 1
☒  **Total Restitution:**                                       $ **14,200.00**

☐  **Total Fine:**                                                  *waived*

☒  Defendant Assessed under 18:3013              $300.00            on count(s) 1, 2, and 3
☒  **Total Assessment:**                                    $**300.00**

☒  **Government**  ☒  **Defendant**      - Advised of right to appeal
☒  **Defendant remanded to custody**

☒  <u>Notes</u>:  Parties amend Paragraphs 1 and 3c of *Plea Agreement* [Doc. 42] (filed 5/21/2018) by interlineation in open court to reflect correct statutory terms of supervised release associated with instant offenses.  *Plea Agreement*, as amended, filed in open court.

Government presents evidence as to victim impact.

Court accepts plea agreement, as amended, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.  **Court sentences defendant to controlling term of Lifetime Imprisonment**.  Term of imprisonment to be served *consecutively* to sentence imposed in Johnson Co, KS Case #17CR514.  **Court imposes controlling term of five (5) years term of supervised release to follow imprisonment.**  Court orders restitution in the amount of $14,500.00 to be made to victim indicated on record. Interest on restitution is waived.  Forfeiture of firearms/ammunition involved in commission of instant offense is made final and incorporated into judgment/sentence.  Court adopts mandatory, standard, and special conditions of supervised release as set forth Part D of the Presentence Investigation Report.  Special condition prohibiting consumption of alcohol and entry into bars imposed.

For reasons set forth on the record, Court recommends that primary jurisdiction of defendant be transferred to Federal Government.  Court recommends designation by Federal Bureau of Prisons at USP Allenwood, PA to allow defendant to engage in UNICOR employment opportunities offered at this facility.   Defendant remanded to custody pending designation by the Bureau of Prisons.

Government exhibits withdrawn and returned.